No. 19. MARTÍNEZ, PETITIONER, *v.* CROSAS, DISTRICT JUDGE, RESPONDENT.—Writ of prohibition. February 28, 1919. *Petition denied.*

No. 1954. FRANCESCHI, APPELLANT, *v.* ARJONA, MUNICIPAL JUDGE, APPELLEE.—Mandamus. Ponce. February 28, 1919. *Dismissed.*

No. 1890. BRAKLE, APPELLEE, *v.* BONNIN, APPELLANT.—Damages. Ponce, February 28, 1919. *Affirmed.*

No. 1975. PALOU, APPELLANT, *v.* ASPURÚA ET AL., APPELLEES.—Accounting. Humacao. March 6, 1919. *Motion to dismiss overruled.*

No. 1370. PEOPLE, APPELLEE, *v.* GONZÁLEZ, APPELLANT.—
No. 1369. PEOPLE, APPELLEE, *v.* RIVERA, APPELLANT.—Violations of section 288 of the Penal Code. San Juan, Section 2. March 7, 1919. *Reversed.*

No. ——. RIVERA, APPELLEE, *v.* SEPÚLVEDA, APPELLANT.—Dominion title. Mayagüez. March 10, 1919. *Appeal withdrawn.*

No. 1927. NAZARIO, APPELLEE, *v.* SANTOS, APPELLANT.—Certiorari. Mayagüez. March 13, 1919. *Reconsideration denied.*

No. 1377. PEOPLE, APPELLEE, *v.* MARCANO, APPELLANT.—Violation of section 47 in connection with section 359 of the Penal Code. Guayama. March 13, 1919. *Affirmed.*

No. 404. CRUZ ET AL., APPELLANTS, *v.* REGISTRAR OF SAN JUAN, SECTION 1, RESPONDENT.—Administrative appeal. March 21, 1919. *Reversed* for the reasons stated in *Bardeguez v. Registrar of Guayama, ante,* p. 200.